UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JAVIER ABINA-RAMIREZ | Criminal No. 16-432 (MLC)<br><br><u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko Assistant U.S. Attorney, appearing), and defendant JAVIER ABINA-RAMIREZ (Brian Reilly, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2.   As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 22 day of March, 2017,

ORDERED that this action be, and hereby is, continued until May 22, 2017; and it is further

ORDERED that the period from the date of this order through May 22, 2017 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Mary L. Cooper
United States District Judge